IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FirstEnergy Pennsylvania Electric Company, d/b/a Metropolitan Edison Company, and FirstEnergy Services Company, | ) CASE NO. 1:24-CV-01687 <br> ) <br> ) JUDGE JENNIFER P. WILSON <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) **JOINT MOTION TO STAY** <br> ) **PROCEEDINGS AND RENDER** |
| International Brotherhood of Electrical Workers, Local Union 777, AFL-CIO, | ) **CASE INACTIVE** <br> ) <br> ) |
| Defendant. | ) |

Plaintiffs FirstEnergy Pennsylvania Electric Company d/b/a Metropolitan Edison Company and FirstEnergy Services Company, and Defendant International Brotherhood of Electrical Workers, Local Union 777, AFL-CIO, by counsel, respectfully move this Court to stay all proceedings in this matter, and to reassign this matter to inactive status, to permit the Parties to attempt to reach resolution without further involvement of the Court.

Since Plaintiffs' service of process and Defendant's review of the operative facts underlying same, the Parties have been actively and fruitfully engaged in negotiations towards potential resolution without additional Court intervention. The Parties anticipate that staying these proceedings and rendering this matter inactive will provide the Parties with the best opportunity to ultimately resolve this case without expending significant costs in discovery, and will thereby preserve the Court's and the Parties' resources as the Parties continue to confer in good faith towards extrajudicial resolution.

As such, the Parties seek the Court's approval of a stay of all proceedings and all case deadlines, and reassignment of this matter to inactive status, while the Parties jointly work towards

extrajudicial resolution. This Court has the inherent authority to stay a case, incidental to the Court's "inherent power" to conserve judicial resources through the control of its docket. <u>Legal Asset Funding, LLC v. Veneski</u>, 358 F. Supp. 2d 425, 426 (M.D. Pa. 2005); <u>Clarity Sports Int'l LLC v. Redland Sports</u>, 400 F. Supp. 3d 161, 182 (M.D. Pa. 2019). In determining whether to exercise its discretion to stay proceedings, the Court considers "(1) whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party; (2) whether denial of the stay would create a clear case of hardship or inequity for the moving party; (3) whether a stay would simplify the issues and the trial of the case; and (4) whether discovery is complete and/or a trial date has been set." <u>Clarity Sports Int'l LLC</u>, <u>supra</u>, 400 F. Supp. 3d at 182.

Here, a stay would neither prejudice nor create a tactical disadvantage, as the Parties jointly seek the relief sought herein. Denial of a stay would impose significant economic burden on both Parties, at the additional expense of judicial resources. On the contrary, issuance of the stay is anticipated to eliminate the need for these proceedings to continue, and would not encumber the docket or hamper the Parties' compliance with case deadlines, which have not yet been set.

**WHEREFORE**, Plaintiffs and Defendant respectfully and jointly request that this Motion be granted, and that the Court issue an order issued staying this case and reassigning it to the Court's inactive docket.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark E. Belland, Esq.* | */s/ W. Eric Baisden* |
| Mark E. Belland (PA Bar No. 41728) | W. Eric Baisden (OH Bar No. 0055763) |
| **O'Brien, Belland & Bushinsky, LLC** | Eric M. Flagg (*pro hac vice forthcoming*) |
| 509 S. Lenola Road, Building 6 | **BENESCH, FRIEDLANDER,** |
| Moorestown, New Jersey 08057 |     **COPLAN & ARONOFF LLP** |
| Telephone: (856) 795-2181 | 127 Public Square, Suite 4900 |
| Facsimile: (856) 581-4214 | Cleveland, Ohio 44114-2378 |
| Email: mbelland@obbblaw.com | Telephone: (216) 363-4500 |
| | Facsimile: (216) 363-4588 |
| | Email: ebaisden@beneschlaw.com |
| |         eflagg@beneschlaw.com |
| *Attorney for Defendant International Brotherhood of Electrical Workers, Local Union 777, AFL-CIO* | *Attorneys for Plaintiffs FirstEnergy Pennsylvania Electric Company, d/b/a Metropolitan Edison Company, and FirstEnergy Services Company* |