IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FirstEnergy Pennsylvania Electric Company, d/b/a Metropolitan Edison Company, and FirstEnergy Services Company | ) ) ) ) ) | CASE NO. 1:24-CV-01687<br><br>JUDGE JENNIFER P. WILSON |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JOINT STATUS REPORT** |
| International Brotherhood of Electrical Workers, Local Union 777, AFL-CIO | ) ) ) | |
| Defendant. | ) ) ) ) | |

    Plaintiffs FirstEnergy Pennsylvania Electric Company d/b/a Metropolitan Edison Company and FirstEnergy Services Company, and Defendant International Brotherhood of Electrical Workers, Local Union 777, AFL-CIO, by counsel, submit this Joint Status Report pursuant to the Court's January 2, 2025, Order [ECF No. 8].

    The Parties continue to engage in good-faith efforts to reach resolution of this matter without further involvement of the Court. The continued stay of these proceedings will provide the Parties the opportunity to maintain their negotiations towards extra-judicial resolution.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark E. Belland (With Consent)* | */s/ W. Eric Baisden* |
| Mark E. Belland (PA Bar No. 41728) | W. Eric Baisden (OH Bar No. 0055763) |
| **O'Brien, Belland & Bushinsky, LLC** | Eric M. Flagg (*pro hac vice forthcoming*) |
| 509 S. Lenola Road, Building 6 | **BENESCH, FRIEDLANDER,** |
| Moorestown, New Jersey 08057 | **   COPLAN & ARONOFF LLP** |
| Telephone: (856) 795-2181 | 127 Public Square, Suite 4900 |
| Facsimile: (856) 581-4214 | Cleveland, Ohio 44114-2378 |
| Email:  mbelland@obbblaw.com | Telephone: (216) 363-4500 |
| | Facsimile: (216) 363-4588 |
| | Email:  ebaisden@beneschlaw.com |
| | eflagg@beneschlaw.com |
| | |
| *Attorney for Defendant International Brotherhood of Electrical Workers, Local Union 777, AFL-CIO* | *Attorneys for Plaintiffs FirstEnergy Pennsylvania Electric Company, d/b/a Metropolitan Edison Company, and FirstEnergy Services Company* |